Albert WUELFING, Appellant,

v.

SEARS–ROEBUCK & COMPANY,
Appellee.

No. 13899.

United States Court of Appeals,
Fourth Circuit.

Argued May 7, 1970.

Decided June 10, 1970.

Clyde C. Randolph, Jr., Winston-Salem, N. C. (Doris G. Randolph, and Randolph & Randolph, Winston-Salem, N. C., on the brief), for appellant.

Allan R. Gitter, Winston-Salem, N. C. (Eddie C. Mitchell and Womble, Carlyle, Sandridge & Rice, Winston-Salem, N. C., on the brief), for appellee.

Before HAYNSWORTH, Chief Judge, BUTZNER, Circuit Judge, and RUSSELL, District Judge.

PER CURIAM:

After consideration of the briefs and oral argument, we conclude that the submission of this tort case to the jury was fair and complete, and that there is no basis for setting aside the judgment entered upon the jury's verdict for the defendant.

Affirmed.

NATIONWIDE INSURANCE COMPANY, Joseph Hill, Sr., Joseph Stevenson Hill, an infant, Cleveland Kyle Quesenberry, State Farm Mutual Insurance Company, Appellees,

v.

AETNA CASUALTY AND SURETY COMPANY, Appellant.

No. 14119.

United States Court of Appeals,
Fourth Circuit.

Argued June 2, 1970.

Decided June 8, 1970.

W. H. Jolly, Salem, Va., for appellant.

G. Marshall Mundy, Roanoke, Va. (Woods, Rogers, Muse, Walker & Thornton, Roanoke, Va., on the brief), for appellee Nationwide Ins. Co.

Stuart B. Campbell, Jr., Wytheville, Va. (Campbell & Campbell, Wytheville, Va., on the brief), for appellee State Farm Mut. Ins. Co.

Before SOBELOFF and WINTER, Circuit Judges, and LEWIS, District Judge.

PER CURIAM:

We agree with the conclusions of the district judge and think that the supporting reasons are sufficiently set forth in his opinion.

Affirmed.